NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EMERALD CITIES COLLABORATIVE, INC.,**
*Appellant*

v.

**SHERI JEAN ROESE,**
*Appellee*

---

2016-1703

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91197060.

---

**ON MOTION**

---

**O R D E R**

Sheri Jean Roese moves for an extension of time to file her brief in order for her to secure counsel pro bono counsel to appear on her behalf.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Ms. Roese's response brief is due no later than August 5, 2016.

                                                FOR THE COURT

                                                /s/ Peter R. Marksteiner
                                                Peter R. Marksteiner
                                                Clerk of Court

s25